Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Allison R. Schmidt, Esq.
Nevada Bar No. 10743
Allison R. Schmidt, Esq., LLC
8465 W. Sahara Avenue, Suite 111-504
Las Vegas, NV 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: Allison@nevadaslawyers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER M. MOTE, | Case No.: 2:17-cv-00169-RFB-PAL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL BANK WITH PREJUDICE** |
| WELLS FARGO FINANCIAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL BANK WITH PREJUDICE - 1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Financial Bank, from the above captioned action, with prejudice. Each party will bear their own fees and costs.

IT IS SO STIPULATED.

Dated this 7$^h$ day of November, 2017.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>Allison R. Schmidt, Esq., LLC<br>8465 W. Sahara Avenue, Suite 111-504<br>Las Vegas, NV 89117<br>Email: Allison@nevadaslawyers.com<br><br>Attorney for Plaintiff | /s/ *Tanya N. Lewis*<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER, L.L.P.<br>3883 Howard Hughes Pkwy, Ste. 1100<br>Las Vegas, NV 89169-5958<br>Email: tlewis@swlaw.com<br><br>Attorneys for Defendant<br>*Wells Fargo Financial Bank* |
| /s/ *Jennifer L. Braster.*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br><br>Attorney for Defendant<br>*Experian Information Solutions, Inc.* | |

STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL BANK WITH PREJUDICE - 2

*Walter Mote v. Wells Fargo Financial Bank*
2:17-cv-00169-RFB-PAL

**ORDER OF DISMISSAL OF WELLS FARGO FINANCIAL BANK, PURSUANT TO FRCP 41(A)(I)(A)(II)**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10th day of November, 2017.

STIPULATION OF DISMISSAL OF WELLS FARGO FINANCIAL BANK WITH PREJUDICE - 3